**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-7364

_____

ANTWON EDWARDS,

Plaintiff - Appellant,

versus

ROBERT KUPEC, Warden; MAJOR WILLIAM MACOCK;
DAVID TWILLEY, Sergeant; DONALD ADAMS,
Correctional Officer II; COSIMO GIORDANO,
Lieutenant; ROBERT RITCHEY, Chief; WILLIAM
SONDERVAN, Commissioner,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge. (CA-
03-891-DKC)

_____

Submitted: January 29, 2004          Decided:  February 5, 2004

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Antwon Edwards, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antwon Edwards appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Edwards v. Kupec, No. CA-03-891-DKC (D. Md. filed July 29, 2003 & entered July 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED